IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **WILLIE TERRELL JACKSON,** )<br>)<br>    Petitioner,  )<br>)<br>    v.  )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>    Respondent.  ) | <br><br><br><br>CIVIL ACTION NO.<br>2:18cv663-MHT<br>(WO) |

### OPINION

Pursuant to 28 U.S.C. § 2255, petitioner filed this habeas-corpus case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be denied as time-barred and on the merits. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of May, 2021.

                                                       /s/ Myron H. Thompson
                                              **UNITED STATES DISTRICT JUDGE**